IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:
REDEMPTION I RUSSIN                                    CASE NO. 08-00323
                                                       CHAPTER 13

            Debtor.


## TRANSMITTAL OF UNCLAIMED FUNDS


Helen M. Morris, Chapter 13 Trustee, reports the following:

    (1)    Checks listed below were mailed to creditors and returned to this office marked
insufficient address and/or forwarding order expired or cancelled automatically 90 days after
final distribution.  The check numbers, the names of the persons to whom such unnegotiated
checks were issued, the amount of such checks, and their last known addresses are:

                    CITIGROUP GLOBAL MARKETS REALTY GRO
                        C/O QUANTUM SERVICING CORP
                        1 CORPORATE DRIVE, SUITE 300
                            LAKE ZURICH, IL 90047


    (2)    Your Trustee's check for $1,421.66 payable to the Clerk of the Court is attached to this
report and list.  In the event, this amount is different than the amount previously paid to the
above creditor, the difference is due to change in the trustee fee during the pendency of the case.



    (3)    Nothing further remains to be done in this case.



Dated:


Helen M. Morris
Chapter 13 Trustee
PO Box 8535
South Charleston, WV 25303